**Donald TORCZON, Plaintiff—Appellant,**

v.

**Les LUCAS; et al., Defendants—Appellees.**

**No. 04–35473.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 10, 2005.*

Decided Jan. 13, 2005.

Donald Torczon, Rathdrum, ID, pro se.

Robert L. Baker, Esq., Andrea R. Tebbets, Esq., Rickey Watson, DOJ—U.S. Department of Justice Tax Division, Washington, DC, for Defendants–Appellees.

Before: BEEZER, HALL and SILVERMAN, Circuit Judges.

MEMORANDUM **

Donald Torczon appeals pro se the district court's dismissal for lack of subject matter jurisdiction of his complaint against an Internal Revenue Service ("IRS") Appeals Officer and an unnamed IRS employee regarding the IRS' attempted collection by levy of Torczon's previously assessed federal income tax liability for 1998.

The district court properly concluded that it lacked jurisdiction over Torczon's complaint, because the Tax Court has ex-

clusive jurisdiction over the income tax liability underlying the complaint. 26 U.S.C. § 6330(d)(1). Torczon's remaining contentions lack merit.

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Appellants' motion for an expedited hearing is denied as moot.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.